UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jean Renel NORVIUS DORVILUS,<br>Petitioner,<br>v.<br>Christopher LaROSE, et al.,<br>Respondents. | Case No.: 26-cv-5012-AGS-GC<br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |

Petitioner Jean Norvius Dorvilus seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. He asks that the Court "order his immediate release" from detention (ECF 1, at 4), and "the government does not oppose the petition" (ECF 4, at 3). The Court thus **GRANTS** the petition and orders respondents to immediately release petitioner. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated: September 12, 2026

Hon. Andrew G. Schopler
United States District Judge